UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANELLY AYON,<br><br>　　　　　　　　　　Plaintiff,<br><br>v.<br><br>FORD MOTOR COMPANY, et al.,<br><br>　　　　　　　　　　Defendants. | Case No.: 21cv1264-H (MSB)<br><br>**ORDER GRANTING JOINT MOTION TO CONTINUE SETTLEMENT DISPOSITION CONFERENCE [ECF NO. 25]** |

On October 25, 2021, the parties filed a "Joint Motion to Continue Settlement Disposition Conference Set for October 28, 2021." (ECF No. 25.)  In their motion, the parties request that the Settlement Disposition Conference ("SDC") be continued an additional 60 days to complete the terms of the settlement agreement, which the parties have been unable to complete despite their reasonable diligence.  (Id.)  Finding good cause for the parties' requested continuance, the Court **GRANTS** the joint motion and **sua sponte CONTINUES** the expired deadline to file a joint motion to dismiss as follows:

The parties are ordered to file their Joint Motion to Dismiss this case, signed by counsel of record and any unrepresented parties, no later than **December 23, 2021**.  A

///

///

proposed order granting the joint motion must be e-mailed to the assigned district judge's chambers[1] on the same day.

**If the fully executed Joint Motion to Dismiss is not filed by December 23, 2021**, then **all counsel of record and unrepresented parties are required to appear in person** for an SDC.  The SDC will be held on **January 6, 2022** at **1:30 p.m.** in **Courtroom 2C** with Magistrate Judge Berg.  If the parties file their Joint Motion to Dismiss on or before **December 23, 2021**, the SDC will be **VACATED without further court order**.

If counsel of record or any unrepresented party fails to appear at the SDC, or the parties fail to file the signed Joint Motion to Dismiss in a timely manner, the Court will issue an order to show cause why sanctions should not be imposed for failing to comply with this Order.

**IT IS SO ORDERED**.

Dated:  October 26, 2021

*[signature]*
Honorable Michael S. Berg
United States Magistrate Judge

---

[1] The proposed order must be e-mailed pursuant to section 2(h) of the United States District Court for the Southern District of California's Electronic Case Filing Administrative Policies and Procedures Manual, available at www.casd.uscourts.gov.